UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKE G. GLASS, | |
| Plaintiff, | CASE NO. C14-1019-JCC-MAT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | REPORT AND RECOMMENDATION |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 20.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall: (1) further evaluate and weigh the opinion and other evidence of record, with particular attention given to the rationale provided to support the ALJ's findings; (2) reevaluate plaintiff's maximum residual functional capacity (RFC), and further evaluate plaintiff's past relevant work and compare the requirements of the work with plaintiff's RFC; (3) afford plaintiff the opportunity to

REPORT AND RECOMMENDATION
PAGE - 1

appear and testify at an administrative hearing and submit additional evidence and arguments; and (4) if warranted, assess plaintiff's ability to perform other work, and obtain supplemental vocational expert evidence and consider that evidence consistent with SSR 00-4p.  The parties also agree that no specific aspect of the Commissioner's final decision is affirmed.  In addition, and upon proper presentation, this Court will consider plaintiff's application for reasonable attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412 and § 1920.

The Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A proposed order accompanies this Report and Recommendation.

DATED this <u>4th</u> day of February, 2015.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2