THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MIKE G. GLASS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO. C14-1019-JCC-MAT<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 20.) It is therefore **ORDERED**:

(1)　　The Court **ADOPTS** the Report and Recommendation;

(2)　　The Court **REVERSES** and **REMANDS** this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3)　　The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

//
//
//
//

ORDER ADOPTING REPORT AND
RECOMMENDATION AND REMANDING CASE
PAGE - 1

1       DATED this 9th day of February 2015.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION AND REMANDING CASE
PAGE - 2